IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMON DEMETRIUS JACKSON,

Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

Defendants.

CIVIL ACTION NO.: 6:25-cv-9

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's claims against the Georgia Department of Corrections, the State of Georgia, Fulton County, the Atlanta Judicial Circuit, the College Park Police Department, and Paine Webber Group. Doc. 23. The Magistrate Judge also recommended the Court deny as premature Plaintiff's Motions for Partial Summary Judgment, for Final Judgment, for Default Judgment, and for Sanctions. Id. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's claims against the Georgia Department of Corrections, the State of Georgia, Fulton County, the Atlanta Judicial Circuit, the College Park Police Department, and Paine Webber Group. I **DENY as premature** Plaintiff's pretrial motions.

Docs. 9, 16, 18, 19. Plaintiff's claims against Defendants Oliver, Executive Director, and Regional Director remain pending. Doc. 24.

**SO ORDERED**, this 14th day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA