AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JAMON DEMETRIUS JACKSON,

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:25-cv-00009

TYRONE OLIVER, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order dated March 2,2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. Defendant's Motion to Dismiss is granted

and  Plaintiff's Complaint is dismissed without prejudice.  This case stands closed.



3/2/2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020